In the Matter of MAE C. JAWORSKI, Appellant, against JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York, Respondent.— Order unanimously

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 772.]